UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:12CV317-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **CONSENT JUDGMENT** |
| ) | |
| ONE 2008 HONDA ACCORD, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the government's motion for a judgment by consent of the parties in this civil forfeiture case. Based on the record and the parties' stipulations, the Court finds:

1. A verified complaint for forfeiture in rem of the defendant property was filed on May 17, 2012. This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

2. Process was fully issued in this action and returned according to law.

3. The parties have agreed to the release of the defendant vehicle subject to certain terms and conditions, in full settlement of this case.

4. The actions taken by the United States were reasonable and proper.

Based on the foregoing findings, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The United States is directed to release the defendant vehicle to Pamela A. Poulos.

2. The complaint is dismissed, without prejudice.

3. Each party is to bear its own costs of this action, including attorneys fees.

Signed: September 12, 2012

Graham C. Mullen
United States District Judge